```
                              United States Bankruptcy Court
                                Middle District of Florida
In re:                                                             Case No. 19-00381-MGW
Dale Thomas Wineberger                                             Chapter 7
Danielle Wineberger
         Debtors                     CERTIFICATE OF NOTICE
District/off: 113A-8          User: jmontero              Page 1 of 2              Date Rcvd: Jan 17, 2019
                              Form ID: 309A               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2019.
db/jdb       +Dale Thomas Wineberger,    Danielle Wineberger,    12360 Straight Street,
               Brooksville, FL 34614-2930
27999528     +Bayfront Health,   17240 Cortez Blvd,    Brooksville, FL 34601-8921
27999529     +Carol Fournier,   3363 Chadwick Ave,    Spring Hill, FL 34609-2602
27999530     +Central Credit Services, LLC,    9550 Regency Square Blvd,   Suite 500A,
               Jacksonville, FL 32225-8169
27999531     +Dept of Ed / 582 / Nelnet,    Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
27999533     +Joseph F. Rosen, Esq,    806 Douglas Road, Suite 200,   Miami, FL 33134-2082
27999542     +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,   Po Box 7860,
               Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: Gina@LawGina.com Jan 17 2019 23:41:45      Gina A Rosato,
               Gina Rosato Law Firm, P.A.,   8870 N. Himes Avenue, Suite 629,    Tampa, FL  33614
tr           +EDI: QAESPOSITO.COM Jan 18 2019 04:28:00      Angela Welch,    12157 West Linebaugh Avenue,
               PMB 401,   Tampa, FL 33626-1732
ust          +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Jan 17 2019 23:43:24
               United States Trustee - TPA7/13,    Timberlake Annex, Suite 1200,    501 E Polk Street,
               Tampa, FL 33602-3949
27999527      EDI: CBSAAFES.COM Jan 18 2019 04:28:00      AAFES,    Attention: Bankruptcy,    Po Box 650060,
               Dallas, TX 75265
27999532     +EDI: DISCOVER.COM Jan 18 2019 04:28:00      Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
27999534     +EDI: CBSKOHLS.COM Jan 18 2019 04:28:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
               Milwaukee, WI 53201-3120
27999535     +EDI: MID8.COM Jan 18 2019 04:28:00      Midland Funding,    2365 Northside Dr Ste 300,
               San Diego, CA 92108-2709
27999536     +EDI: NFCU.COM Jan 18 2019 04:38:00      Navy FCU,    Attn: Bankruptcy,    Po Box 3000,
               Merrifield, VA 22119-3000
27999537     +E-mail/Text: bankruptcy@loanpacific.com Jan 17 2019 23:43:44      Pacific Union Financial,
               Attn: Bankruptcy,   1603 Lbj Freeway, Suite 500,    Farmers Branch, TX 75234-6071
27999538     +EDI: PRA.COM Jan 18 2019 04:28:00      Portfolio Recovery,    Po Box 41021,
               Norfolk, VA 23541-1021
27999539     +EDI: DRIV.COM Jan 18 2019 04:28:00      Santander Consumer USA,    Attn: Bankruptcy,
               Po Box 961245,   Fort Worth, TX 76161-0244
27999540     +EDI: RMSC.COM Jan 18 2019 04:28:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
               Po Box 965061,   Orlando, FL 32896-5061
27999541     +EDI: RMSC.COM Jan 18 2019 04:28:00      Synchrony/Ashley Furniture Homestore,    Attn: Bankruptcy,
               Po Box 965064,   Orlando, FL 32896-5064
27999543     +EDI: USAA.COM Jan 18 2019 04:28:00      USAA Federal Savings Bank,    Attn: Bankruptcy,
               10750 Mcdermott Freeway,   San Antonio, TX 78288-1600
27999544     +EDI: VERIZONCOMB.COM Jan 18 2019 04:28:00      Verizon Wireless,
               Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
               Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 113A-8          User: jmontero              Page 2 of 2                  Date Rcvd: Jan 17, 2019
                              Form ID: 309A               Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2019 at the address(es) listed below:

```
              Angela    Welch    welchtrustee@gmail.com,    aesposito@ecf.epiqsystems.com
              Gina A Rosato     on behalf of Joint Debtor Danielle  Wineberger Gina@LawGina.com,
               nicole@lawgina.com
              Gina A Rosato     on behalf of Debtor Dale Thomas Wineberger Gina@LawGina.com,  nicole@lawgina.com
              United States Trustee - TPA7/13     USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Dale Thomas Wineberger** | Social Security number or ITIN  **xxx–xx–0956** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Danielle Wineberger** | Social Security number or ITIN  **xxx–xx–7859** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | Date case filed for chapter  **7**  **1/16/19** |
| Case number:   **8:19–bk–00381–MGW** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dale Thomas Wineberger | Danielle Wineberger |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 12360 Straight Street<br>Brooksville, FL 34614 | 12360 Straight Street<br>Brooksville, FL 34614 |
| 4. | **Debtor's attorney**<br>Name and address | Gina A Rosato<br>Gina Rosato Law Firm, P.A.<br>8870 N. Himes Avenue, Suite 629<br>Tampa, FL 33614 | Contact phone 813–463–8000<br><br>Email: Gina@LawGina.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Angela Welch<br>12157 West Linebaugh Avenue<br>PMB 401<br>Tampa, FL 33626 | Contact phone 813–814–0836 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 813–301–5162<br><br>Date: January 17, 2019 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **February 19, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location:<br><br>**Room 100–C, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** April 22, 2019 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day | |

except when routine maintenance is performed. To access McVCIS toll free call 1−866−222−8029.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline** page **2**