ORDERED.

**Dated:  May 21, 2019**

_____

Michael G. Williamson
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

IN RE:

**Dale Thomas Wineberger,**

    **Debtor,**

**Danielle Wineberger,**

    **Joint Debtor.**

_____/

**CASE NO.: 8:19-bk-00381-MGW**
**CHAPTER 7**

<u>**ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY**</u>

THIS CASE came on consideration for hearing on May 16, 2019 at 9:30 AM on Nationstar Mortgage LLC d/b/a Mr. Cooper's ("Secured Creditor") Amended Motion for Relief from Stay (Docket No. 20) and Trustee's Response (Docket No. 25).  The Court having heard argument of the parties and having based its decision on the record, Accordingly, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED through

1

judgment but Secured Creditor shall seek further order of this Court prior to scheduling a foreclosure sale to allow the Trustee time to market the subject property.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated subject to the aforementioned as to the Secured Creditor's interest in the following property located at 12360 Straight St Brooksville, Florida 34614 in Hernando County, Florida, and legally described as:

**The West 1/2/ of the South 1335 feet of the East ½ of the East ½ of the Southeast ¼ of Section 33, Township 21 South, Range 18 East, Hernando County, Florida; LESS the North 1001.25 feet thereof. TOGETHER WITH that certain 2001 SPRI Double Wide Home Home ID #GAFL134A74357SL21 and #GAFL134N74357SL21 located thereon.**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

6. Attorneys' fees in the amount of $345.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Attorney, Christopher P. Salamone, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.